# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Anthony Tracey<br><br>*Defendant(s)* | )<br>)<br>) Case No. 1:11-MJ-058<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 2010 to present__ in the county of __York__ in the __Middle__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2250 | Failure to register as sex offender |

**FILED**
**HARRISBURG**
APR 2 0 2011
MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

This criminal complaint is based on these facts:

1. Your affiant is Steven Rowe, Inspector for the United States Marshals Service (USMS), employed as an investigator with the USMS since July 1998, and trained as a Sexual Offender Investigation Coordinator at the National Center for Missing and Exploited Children. Your affiant has conducted more than 3,000 fugitive investigations and more than 300 investigations to locate convicted sex offenders who were non-compliant with their registration requirements.

☑ Continued on the attached sheet.

*Complainant's signature*

STEVEN ROWE, Inspector, USMS
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 4-20-2011

*Judge's signature*

City and state: HARRISBURG, PA      MARTIN C. CARLSON, U.S. MAGISTRATE JUDGE
*Printed name and title*